887 A.2d 1213

ADAMS ELECTRIC COOPERATIVE, INC., Appellee

v.

COMMONWEALTH of Pennsylvania, Appellant (Two Cases).

Adams Electric Cooperative, Inc., Appellee

v.

Commonwealth of Pennsylvania, Appellant.

Allegheny Electric Cooperative, Inc., Appellee

v.

Commonwealth of Pennsylvania, Appellant (Fifteen Cases).

Bedford Rural Electric Cooperative, Inc., Appellee

v.

Commonwealth of Pennsylvania, Appellant.

Claverack Rural Electric Cooperative, Inc., Appellee

v.

Commonwealth of Pennsylvania, Appellant.

New Enterprise Rural Electric Cooperative, Inc., Appellee

v.

Commonwealth of Pennsylvania, Appellant.

Northwestern Rural Electric Cooperative Association, Appellee

v.

Commonwealth of Pennsylvania, Appellant.

Tri–County Rural Electric Cooperative, Inc., Appellee

v.

Commonwealth of Pennsylvania, Appellant.

Warren Electric Cooperative, Inc., Appellee

v.

Commonwealth of Pennsylvania, Appellant.

Sullivan County Rural Electric Cooperative, Inc., Appellee

v.

Commonwealth of Pennsylvania, Appellant.

Somerset Rural Electric Cooperative, Inc., Appellee

4

v.

Commonwealth of Pennsylvania, Appellant.

Southwest Central Rural Electric Cooperative Corporation, Appellee

v.

Commonwealth of Pennsylvania, Appellant.

United Electric Cooperative, Inc., Appellee

v.

Commonwealth of Pennsylvania, Appellant.

Valley Rural Electric Cooperative, Inc., Appellee

v.

Commonwealth of Pennsylvania, Appellant.

Nos. 213 MAP 2004–240 MAP 2004.

Supreme Court of Pennsylvania.

Nov. 23, 2005.

6

## ORDER

PER CURIAM:

**AND NOW,** this 23rd day of November, 2005, the order of the Commonwealth Court is affirmed.

887 A.2d 1216

**DRB, INC. d/b/a Superior Homes and Bonnie Heights Homes, Appellants**

v.

**PENNSYLVANIA DEPARTMENT OF LABOR AND INDUSTRY, Appellee.**

Supreme Court of Pennsylvania.

Nov. 23, 2005.